FILED
IN COURT
ASHEVILLE, N. C.

APR 1 4 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| United States of America | ) | DOCKET NO. 2:06mj13 |
| | ) | |
| v. | ) | MOTION TO SEAL COMPLAINT |
| | ) | |
| TONY ROBERTS | ) | |

NOW COMES the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Complaint, Warrant and this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

This the 14th day of April, 2006.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

_____
DON D. GAST
ASSISTANT UNITED STATES ATTORNEY

**SO ORDERED** this 14 day of April, 2006.

_____
LACY H. THORNBURG
UNITED STATES DISTRICT JUDGE